**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramon Arturo COLATOS–RIVAS, also known as Ramon Rivas Colatos–Rivas, also known as Ramon Rivas, Defendant–Appellant.**

No. 04–20366
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 8, 2007.

James Lee Turner, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

*ON REMAND FROM THE SUPREME*
*COURT OF THE UNITED*
*STATES*

PER CURIAM: *

This court affirmed the conviction and sentence of Ramon Arturo Colatos–Rivas (Colatos). *United States v. Colatos–Rivas,* 146 Fed.Appx. 723 (5th Cir.2005). The Supreme Court vacated and remanded for further consideration in light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006).

Colatos has been deported. He therefore would not legally be able to attend any resentencing, as is required by FED. R.CRIM. P. 43, should this court remand his case. We are unable to grant Colatos relief. His appeal is moot and is dismissed. *See United States v. Rosenbaum–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Alanis,* 483 F.3d 381, 381–83 (5th Cir. 2007).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.